UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bay Park Center for Nursing & Rehabilitation LLC et. al.<br><br>v.<br><br>Philipson et. al. | 20-cv-6291 (NGG) (SJB)<br><br>Rel.<br><br>20-cv-6131 (NGG)<br>21-cv-1366 (NGG) (SJB)<br>21-cv-1421 (NGG)<br>21-cv-1999 (NGG) (RLM)<br>21-cv-2006 (NGG) (SJB)<br>21-cv-2009 (NGG) (SJB)<br>21-cv-2010 (NGG) (SJB)<br>21-cv-2021 (NGG) (SJB)<br>21-cv-2022 (NGG) (ARL)<br>21-cv-2024 (NGG) (SJB)<br>21-cv-2025 (NGG) (SJB)<br>21-cv-2029 (NGG) (SJB)<br>21-cv-2030 (NGG) (AYS)<br>21-cv-2031 (NGG) (SJB)<br>21-cv-2034 (NGG) (SJB)<br>21-cv-2035 (NGG) (SJB)<br>21-cv-2039 (NGG) (RML)<br>21-cv-2040 (NGG) (SJB)<br>21-cv-2045 (NGG) (VMS)<br>21-cv-2050 (NGG) (SJB)<br>21-cv-2175 (NGG) (SJB)<br>21-cv-2182 (NGG) (SJB)<br>21-cv-2194 (NGG) (SJB)<br>21-cv-2198 (NGG) (SJB)<br>21-cv-2283 (NGG) (SJB)<br>21-cv-2311 (NGG) (SJB)<br>21-cv-2313 (NGG) (RLM)<br>21-cv-2314 (NGG) (SJB) |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the Affirmation of Services Rendered of Christopher E. Buckey dated February 10, 2022, the exhibits annexed thereto, the accompanying memorandum of law, and upon all the pleadings and prior proceedings had herein, the Allstate

1

Defendants[1] and will move this Court, before the Honorable Sanket J. Bulsara, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 324N, for an order:

(1) Granting their motion for attorneys' fees in the amount of $37605.00; and

(2) Granting as such other and further relief as the Court deems just and proper.

Dated: Albany, New York
February 10, 2022

                                                                               CULLEN AND DYKMAN LLP

                                                By: _/s/ Christopher E. Buckey_
                                                           Christopher E. Buckey, Esq.
                                                           Nicholas J. Faso, Esq.
                                                           Timothy A. Chorba, Esq.
                                                           80 State Street, Suite 900
                                                           Albany, New York 12207
                                                           (518) 788-9406

                                                           *Counsel for the Allstate Defendants*

---

[1] As used herein, the "Allstate Defendants" means Defendants Benjamin Landa, The Landa Group, Patrick Formato, Yechiel Landa, Sam Schlesinger, The Schlesinger Family Trust, Allstate ASO, Inc., Allstate Administrators, Inc., Parkview Care and Rehabilitation Center, Inc, Bayview Manor LLC, Nassau Operating Co., LLC, Pinegrove Manor II, LLC,-Grace Plaza, Woodmere Rehabilitation & Health Care Center., Inc., Brookhaven Rehabilitation & Health Care Center, Little Neck Care Center, LLC, New Surfside Nursing Home, LLC-Caring Family Nursing & Rehabilitation, Golden Gate Rehab. & Health Care Ctr. LLC, Willoughby Rehab. & Health Care Ctr., LLC, and Shorefront Operating, LLC.