```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BAY PARK CENTER FOR NURSING &
REHABILITATION LLC et al.,                                      JUDGMENT
                                                                20-CV-6291-NGG-SJB
              Plaintiffs,                                       21-CV-1999-NGG-SJB
                                                                21-CV-2006-NGG-SJB
       v.                                                       21-CV-2009-NGG-SJB
                                                                21-CV-2021-NGG-SJB
BEN PHILIPSON, et al.,                                          21-CV-2025-NGG-SJB
                                                                21-CV-2030-NGG-SJB
                                                                21-CV-2031-NGG-SJB
              Defendants.                                       21-CV-2034-NGG-SJB
                                                                21-CV-2035-NGG-SJB
                                                                21-CV-2045-NGG-SJB
------------------------------------------------------------ X
```

An Order of Honorable Sanket J. Bulsara, United States Magistrate Judge, having been filed on March 7, 2023, granting the motion for attorney's fees in part; awarding the Fee Applicants $24,731.20 in attorney's fees; it is

ORDERED and ADJUDGED that the motion for attorney's fees is granted in part; and that the Court awards the Fee Applicants $24,731.20 in attorney's fees.

Dated: Brooklyn, NY  
      April 11, 2023

Brenna B. Mahoney  
Clerk of Court

By:    /s/*Jalitza Poveda*  
Deputy Clerk